IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL D. STUBBS,

    Plaintiff,

v.                              CASE NO. 5:07cv217-RH/MD

UNITED STATES,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 20) and the objections thereto (document 21). I have reviewed de novo the issues raised by the objections.

Plaintiff claims that he has a copyright interest in his name that the defendant United States of America has infringed by using the name in its criminal prosecution of defendant. In order to resolve this claim, one need not determine whether plaintiff does or does not have an interest in his name protected by the copyright statutes or any other source of law. Nor need one determine whether the claim is barred by sovereign immunity, judicial immunity, or other procedural

defenses. This is so because there is a more obvious bar to plaintiff's claim. It simply is not unlawful—and is not an infringement of any interest plaintiff has in his name—for the United States to prosecute plaintiff in his name for any federal crime, and to use plaintiff's name in any judgment entered in the prosecution. Plaintiff's contrary claim is frivolous.

Equally frivolous is plaintiff's claim that the United States, or the Administrative Office of United States Courts, somehow cannot contest this claim because of any failure adequately to contest the claim earlier.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED. The clerk shall enter judgment stating, "The complaint is dismissed with prejudice." The clerk shall close the file.

SO ORDERED this 18th day of February, 2008.

s/Robert L. Hinkle<br>Chief United States District Judge